UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: Unit Petroleum Company | § | |
| | § | Civil Action No.   4:24-cv-04109 |
| Debtor | § | |
| | § | Bankruptcy Case No.   20-32738 |
| Unit Corporation | § | |
| Appellant | § | |

# Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 8/7/2024. The designation of the record was due on 6/24/2024. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

    ☐  The filing fee has not been paid.

    ☒  The record has not been designated.

    ☐  The record designated by the appellant includes transcripts that have not been ordered.

    ☐  The appellant has not arranged to pay for the transcripts designated.

Date: November 4, 2024

Nathan Ochsner, Clerk of Court
H. Lerma
Deputy Clerk