United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re UNIT PETROLEUM COMPANY, § | |
| § | |
| Debtor. § | |
| § | CIVIL ACTION NO. 4:24-CV-4109 |
| § | |
| UNIT CORPORATION, § | BANKRUPTCY CASE NO. 20-32738 |
| § | |
| Appellant. § | |

**FINAL JUDGMENT**

For the reasons given in the Court's simultaneously issued *Memorandum Opinion and Order*, the Court **AFFIRMS** the bankruptcy court's judgment. All pending motions are **DENIED AS MOOT**.

SIGNED at Houston, Texas on March 31, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1