United States Courts
Southern District of Texas
FILED

*United States Court of Appeals*

*July 15, 2026*

FIFTH CIRCUIT
OFFICE OF THE CLERK

Nathan Ochsner, Clerk of Court

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 15, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-20169    Unit Corporation v. Poarch
USDC No. 4:24-CV-4109

The court has granted the unopposed motion to supplement or correct the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion within 15 days of this notice. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Thomas F. Allen Jr.
Mr. Douglas J. McGill
Mr. Nathan Ochsner
Mr. Mark A. Platt
Mr. Randy West Williams

No. 26-20169

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

In the Matter of Unit Petroleum Company,

Debtor

Unit Corporation,

Appellant

v.

David M. Poarch; R. Brett Kramer; PJ Oil, L.L.C.,

Appellees

On Appeal from the United States District Court
for the Southern District of Texas
No. 4:24-CV-4109

## APPELLANT'S UNOPPOSED MOTION TO SUPPLEMENT
## THE RECORD ON APPEAL

Pursuant to FED. R. APP. P. 10(e) and 5TH CIR. R. 27.1.11, Appellant Unit

Corporation ("Unit Corporation") submits its Unopposed Motion to Supplement the

Record on Appeal. The purpose of the relief requested in this Motion is to ensure the

Court has the full record available for review and consideration.

1

1.      Under FED. R. APP. P. 10(e), any material items that are omitted from the record "by error or accident" may be "certified and forwarded" by the district court, at the direction of the court of appeals. And 5TH CIR. R. 27.1.11 states that the 5th Circuit Court Clerk has discretion to rule on motions to "supplement or correct" the record.

2.      The briefing schedule in this appeal was stayed while the parties participated in a mediation on July 2, 2026, with the Court's Office of General Counsel and Mediation. As of this date, the parties have not reached a resolution.

3.      Following its review of the record on appeal, Unit Corporation has identified two documents that were omitted from the record on appeal either by inadvertent error or accident. They are:

- Transcript Order Form, filed on April 27, 2026, as Doc. No. 15 in the district court; and

- Appellant Unit Corporation's Designation of Record and Statement of Issues on Appeal, filed on April 27, 2026, as Doc. No. 16 in the district court.

Both of these items were included in Unit Corporation's Designation of Record and Statement of Issues.

4.      Unit Corporation therefore asks the Court to grant this Motion and enter an order for the district clerk to certify and transmit a supplemental record containing the two documents identified herein.

5.      Counsel for Unit Corporation conferred with counsel for Appellees, who advised that Appellees are unopposed to the relief requested in this Motion.

2

Dated: July 14, 2026

Respectfully submitted,

*/s/ Mark A. Platt*
Mark A. Platt
Thomas F. Allen, Jr.
FBT GIBBONS LLP
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
(214) 545-3472 – Telephone
mplatt@fbtgibbons.com
tfallen@fbtgibbons.com

*Counsel for Appellant*
*Unit Corporation*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 14, 2026, I conferred by email with Douglas J. McGill, counsel for Appellees, who stated that Appellees are unopposed to the relief requested in this Motion.

*/s/ Mark A. Platt*
Mark A. Platt

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was served via ECF notification on July 14, 2026, on all parties receiving electronic notification.

*/s/ Mark A. Platt*
Mark A. Platt

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the length limit of FED. R. APP. P. 27(d)(2)(A) because it contains fewer than 5,200 words.

As required by FED. R. APP. P. 27(d)(1)(E), this document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font, with the exception of footnotes, which are in 12-point Garamond font pursuant to 5TH CIR. R. 32.1.

/s/ Mark A. Platt
Mark A. Platt